IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENT DENAO | : |
| | : CIVIL ACTION |
| | : |
| Plaintiff, | : |
| v. | : |
| | : NO. 13-7266 |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 32BJ, et al. | : |
| | : |
| | : |
| | : |
| Defendants. | : |

**ORDER**

**AND NOW**, this 10th day of June, 2014, upon consideration of the Defendant ABM Janitorial Services Mid-Atlantic, Inc.[1] ("ABM")'s Motion to Dismiss (Docket No. 9), Defendant Service Employees International Union, Local 32BJ ("SEIU")'s Motion to Dismiss (Docket No. 10), Plaintiff Vincent Denao's Response in Opposition (Docket No. 16), Defendant ABM's Reply (Docket No. 18), and Defendant SEIU's Reply (Docket No. 19), it is hereby **ORDERED** that:

1. Defendant ABM's Motion to Dismiss (Docket No. 9) is **GRANTED**, and

2. Defendant SEIU's Motion to Dismiss (Docket No. 10) is **GRANTED**.

This case is **CLOSED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.

---

[1] Plaintiff identifies ABM as "Mid Atlantic, Inc." in his Complaint.